UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

In re:  Keith Hamner Waldrop                        Case No. 13-33837-KRH
       d/b/a Keith H. Waldrop & Associates
       Debtor In Possession,                            Chapter 11

**DEBTOR'S MOTION TO SELL PROPERTY OF THE ESTATE**

Keith H. Waldrop, (the Debtor) moves to sell property of the estate pursuant to 11 U.S.C. Secs. 363(b) and (f), and to pay real estate commissions, and the real estate taxes due and owing the County of Goochland with respect to the property being sold from the proceeds of the sale. In support thereof, the Debtor states:

**PARTIES AND JURISDICTION**

1. That the Debtor is the Debtor In Possession. No Trustee has been appointed for the case.

2. This proceeding is a core proceeding pursuant to 28 U.S.C. Sec. 157.

3. The Court has subject matter and personal jurisdiction over all parties in interest

Wm. C. Parkinson, Jr.
Wm. C. Parkinson, Jr., P.C.
Attorney for Keith Hamner Waldrop
5310 Markel Road, Suite 200
Richmond, VA 23230
(804) 288-9026 VSB 14765

pursuant to 28 U.S.C. Sec. 1334.

4. Venue lies in this Court pursuant to 28 U.S.C. Sec. 1409.

5. The Debtor owns the property known as 2958 Lowry Road, Columbia, Virginia 23038 (the "Property") more particularly described as follows:

> ALL that certain lot, piece or parcel of land with all improvements thereon and appurtenances thereunto belonging, lying and being in the Byrd Magisterial District, Goochland County, Virginia, on the west side of State Route 615, and more particularly described as Lot 6 on a certain plat of survey entitled " Plat of Survey of 1.42 Acres LOT 6 for MAVERICK B. & SHIRLEY J. GRIFFTH, Byrd District, Goochland, Virginia," made by Michael L. Parrish & Associates, Professional Land Surveyors, on February 20, 1988, reference to which plat  is hereby made for a more complete description of said property.

6. A recent CMA indicated the property has a value of $35,000.00.

7. The property is need of substantial repairs.

8. The property constitutes property of the estate pursuant to 11 U.S.C. § 541.

9. The following liens are recorded against the Property:

   A. County of Goochland delinquent real estate taxes $4,387.58 plus interest.

   B. Bank of Essex in an amount not less than $$831,752.95. as of July 16, 2013, plus additional accruing interest, late charges, attorneys' fees and costs under a Deed of  Trust Dated August 12, 2008 and recorded on August 12, 2008 in the Clerk's Office of the Circuit Court of the County of Goochland as Instrument No. 080003268. (Bank of Essex has two judgment liens which have been docketed as liens on the aforesaid real estate.)

   C. IRS for unpaid taxes in the total amount of $250,946.93 as of July 16, 2013. Tax liens filed in the Clerk's Office of the Circuit Court of the County of Goochland on December 27, 2012 and June 17, 2013. The amount owed the IRS is disputed.

## MOTION TO SELL

10. The Debtor seeks to sell the Property "As Is" to a third-party purchaser, James E. Hall, II for the gross purchase price of $48,000.00 pursuant to a purchase agreement filed with the Court as Exhibit A. The Debtor has determined that the purchase price is fair and reasonable and that it is in the best interest of the estate to sell the Property.

11. Essex Bank has indicated its willingness to endorse an order authorizing the sale of the aforesaid property for $48,000.00.

12. James E. Hall, II is not an insider of or otherwise related to the Debtor.

13. The Debtor seeks authority to take all actions necessary including executing all necessary documents to consummate the sale of the Property. In that regard, the Debtor seeks to sell the Property free and clear of all liens and interest pursuant to 11 U.S.C. Secs. 363(b) and (f), with all liens and interest in the Property attaching to the net sales proceeds.

14. In this case, the Debtor is authorized to sell Property pursuant to Section 363(f)(2) with the consent of the lien holders or in the alternative Section 363(f)(5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

15. Delinquent real estate taxes with respect to the Property to the County of Goochland and a 6% real estate commission will be paid at closing by the closing attorney. At closing the remaining liens will attach to the net sale proceeds. The net sale proceeds shall be held by Wm. C. Parkinson, Jr., Esq. in his escrow account until the entry of a Court Order that directs disbursement of the proceeds. Upon entry of an Order by the Court. To the extent necessary the Debtor will file an adversary proceeding to determine the validity, extent and priority of the remaining liens.

16. The Debtor, and the parties to the Order request that the Court waive the requirement, pursuant to Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, that a 14-day stay be imposed upon entry of the Order, and, instead, that the Order be deemed final upon its entry by the Court.

**WHEREFORE,** the Debtor requests the Court Grant this Motion and award any further relief the Court deems proper.

        Keith Hamner Waldrop

        /s/ Wm. C. Parkinson, Jr.

By: _____
      Wm. C. Parkinson, Jr.
      Wm. C. Parkinson, Jr., P.C.
      Attorney for Keith Hamner Waldrop
      5310 Markel Road, Suite 200
      Richmond, VA 23230
      (804) 288-9026 VSB 14765

## CERTIFICATE

I hereby certify that on April 25, 2014, I mailed first class mail postage prepaid or caused to be electronically served a copy of the foregoing Motion, to the debtor(s), the U.S. Trustee and to all creditors or other parties in interest as set forth on the following service list.

/s/ Wm. C. Parkinson, Jr.

_____

Office Of The U.S. Trustee
701 E Broad Street, St 4304
Richmond, VA 23219

Albion and Janice Whitmer
P.O. Box 87
Goochland, VA 23063

Amy W. Waldrop
6347 Lakeway Drive
Mechanicsville, VA 23111

Archie M. Gordon, Jr.
6932 Parrish Road
Louisa, VA 23093

Cach LLC/Square Two Financial
Attention: Bankruptcy
4340 South Monaco St. 2nd Floor
Denver, CO 80237

Chase
PO Box 24696
Columbus, OH 43224

Chase
P.O. Box 15298
Wilmington, DE 19850

Chase
c/o Nationwide Credit, Inc.
1150 East University Dr. 1st Floor
Tempe, AZ 85281

Chase Bank USA, NA
Chase Card Svcs/Attn:Bankruptcy D
PO Box 15298
Wilmington, DE 19850

Chase Bank USA, NA
c/o ARS National Services, Inc.
P.O. Box 463023
Escondido, CA 92046-3022

Citibank/AT&T Universal Card
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Citibank/AT&T Universal Card
c/o Capital Management Services, L.
698 1/2 South Ogden Street
Buffalo, NY 14206

Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898

Citimortgage, Inc
PO Box 9438
Gaithersburg, MD 20898

Citimortgage, Inc
P.O. Box 688971
Des Moines, IA 50368-8971

CitiMortgage, Inc.
P.O. Box 2548
Leesburg, VA 20177-7754

CitiMortgage, Inc.
P.O. Box 6030
Sioux Falls, SD 57117-6030

Commonwealth Of Virginia
Dept. Of Taxation
P.O. Box 1115
Richmond, VA 23218-1115

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
PO Box15316
Wilmington, DE 19850

Donna Felton
1660 Rock Castle Road
Goochland, VA 23063

Essex Bank
c/o Timothy G. Moore, Esquire
411 E. Franklin Street, Suite 600
Richmond, VA 23219

Essex Bank, Successor by Merger
c/o Spotts Fain PC
411 E. Franklin St. Ste 600
Richmond, VA 23219-2200

Franklin Federal Savings Bank
P.O. Box 5310
Glen Allen, VA 23058

Goochland County Office of the Treasurer
P.O. Box 188
Goochland, VA 23063

Gordon Construction Co., Inc.
2945 River Road West
Goochland, VA 23063-3230

GWG, LLC
P.O. Box 1081
Goochland, VA 23063

| | | |
|---|---|---|
| Harry Watkins<br>1750 Haskins Road Apt. 2<br>Goochland, VA 23063 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ishawntay Davis<br>Amanda Mealy<br>1750 Haskins Road Apt. 1<br>Goochland, VA 23063 |
| James R. LEWIS<br>Issac Mayo<br>3564 Athey Road<br>Sandy Hook, VA 23153 | John T. Hamner<br>1420 Rock Castle Road<br>Goochland, VA 23063 | Johnie R Muncy, Esquire<br>Samuel I. White, P.C.<br>1804 Staples Mill Road, Suite 200<br>Richmond, VA 23230 |
| Keith Hamner Waldrop<br>P.O. Box 268<br>Goochland, VA 23063 | Kristen Misleh, Esquire<br>Devon Cipperly, Esquire<br>P.O. Box 2548<br>Leesburg, VA 20177 | Kroger<br>P.O. Box 30650<br>Salt Lake City, UT 84130-0650 |
| Leigh S. Gordon<br>1820 Rock Castle Road<br>Goochland, VA 23063 | Louise Miles<br>2416 Chapel Hill Road<br>Goochland, VA 23063 | Martine L. Gordon<br>6932 Parrish Road<br>Louisa, VA 23093-2568 |
| Mercedes Benz Financial Services<br>13650 Heritage Parkway<br>Fort Worth, TX 76177-5323 | Mercedes-Benz Financial Services USA<br>c/o BK Servicing, LLC<br>P.O. Box 131265<br>Saint Paul, MN 55113-0011 | Michael Craig-Gordon<br>1820 Rock Castle Road<br>Goochland, VA 23063-3610 |
| Pamela B. Jones<br>4004 Shannon Hill Road<br>Columbia, VA 23038 | Robert A. Canfield, Esquire<br>Canfield, Baer & Heller LLP<br>P.O. Box 1324<br>Hopewell, VA 23860 | Robert H. Chappell, III, Esquire<br>Timothy G. Moore, Esquire<br>411 East Franklin Street, Suite 600<br>Richmond, VA 23219 |
| Robert Van Arsdale, Asst US Trustee<br>Office Of The U.S. Trustee<br>701 E Broad Street, St 4304<br>Richmond, VA 23219 | Rock Castle Partners<br>P.O. Box 268<br>Goochland, VA 23063-0268 | Samuel I. White, P.C.<br>1804 Staples Mill Road, Suite 200<br>Richmond, VA 23230 |
| Sandra W. Williams<br>214 Forest Drive<br>Falls Church, VA 22046 | Sara A. John, Esquire<br>M. Richard Epps, P.C.<br>605 Lynnhaven Parkway<br>Virginia Beach, VA 23452 | Three Square, LLC<br>3600 River Road West<br>Goochland, VA 23063 |
| Timothy B. Heavner, Esquire<br>Special Assistant United States Attorney<br>400 N 8th St, Suite 636, Mail Box 77<br>Richmond, VA 23219 | | |