UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Keith Hamner Waldrop                                              Case No. 13-33837-KRH
     d/b/a Keith H. Waldrop & Associates
     Debtor In Possession,                                           Chapter  11

Address: P.O. Box 268
         Goochland, VA 23063

SSN: XXX-XX-1942

NOTICE OF MOTION

The Debtor(s) by counsel has/have filed papers with the court  a **MOTION TO SELL PROPERTY OF THE ESTATE**

     **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

     If  you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before May 14, 2014, you or your attorney must:

___X___ File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

                Clerk of Court
                United States Bankruptcy Court
                701 E. Broad Street, Room 4000
                Richmond, VA 23219

     You must also mail a copy to:

                Wm. C. Parkinson, Jr., Esquire
                Wm. C. Parkinson, Jr., P.C.
                5310 Markel Road, Suite 200
                Richmond, VA 23230

_____ Attend a hearing to be scheduled at a later date. You will receive separate notice Of hearing. If no timely response has been filed opposing the relief requested, the court may grant the relief without a hearing.

____X___ Attend the hearing on the motion scheduled to be held on May 21, 2014, at 10:30 a.m. at United States Bankruptcy Court, 701 E. Broad Street, Room 5000, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   4/25/14                         Notice given by:

/s/ Wm. C. Parkinson, Jr.
_____
Wm. C. Parkinson, Jr. Esquire
Wm. C. Parkinson, Jr., P.C.
5310 Markel Road, Suite 200
Richmond, VA 23230
(804) 288-9026
VSB 14765
Counsel for Keith Hamner Waldrop

CERTIFICATE OR SERVICE

I hereby certify that I have this 25th day of April , 2014, mailed or caused to be electronically transmitted a true copy of the foregoing Notice of Motion to the parties listed on the attached service list.

/s/ Wm. C. Parkinson, Jr.
_____

Office Of The U.S. Trustee
701 E Broad Street, St 4304
Richmond, VA 23219

Albion and Janice Whitmer
P.O. Box 87
Goochland, VA 23063

Amy W. Waldrop
6347 Lakeway Drive
Mechanicsville, VA 23111

Archie M. Gordon, Jr.
6932 Parrish Road
Louisa, VA 23093

Cach LLC/Square Two Financial
Attention: Bankruptcy
4340 South Monaco St. 2nd Floor
Denver, CO 80237

Chase
PO Box 24696
Columbus, OH 43224

Chase
P.O. Box 15298
Wilmington, DE 19850

Chase
c/o Nationwide Credit, Inc.
1150 East University Dr. 1st Floor
Tempe, AZ 85281

Chase Bank USA, NA
Chase Card Svcs/Attn:Bankruptcy D
PO Box 15298
Wilmington, DE 19850

Chase Bank USA, NA
c/o ARS National Services, Inc.
P.O. Box 463023
Escondido, CA 92046-3022

Citibank/AT&T Universal Card
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Citibank/AT&T Universal Card
c/o Capital Management Services, L.
698 1/2 South Ogden Street
Buffalo, NY 14206

Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898

Citimortgage, Inc
PO Box 9438
Gaithersburg, MD 20898

Citimortgage, Inc
P.O. Box 688971
Des Moines, IA 50368-8971

CitiMortgage, Inc.
P.O. Box 2548
Leesburg, VA 20177-7754

CitiMortgage, Inc.
P.O. Box 6030
Sioux Falls, SD 57117-6030

Commonwealth Of Virginia
Dept. Of Taxation
P.O. Box 1115
Richmond, VA 23218-1115

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
PO Box15316
Wilmington, DE 19850

Donna Felton
1660 Rock Castle Road
Goochland, VA 23063

Essex Bank
c/o Timothy G. Moore, Esquire
411 E. Franklin Street, Suite 600
Richmond, VA 23219

Essex Bank, Successor by Merger
c/o Spotts Fain PC
411 E. Franklin St. Ste 600
Richmond, VA 23219-2200

Franklin Federal Savings Bank
P.O. Box 5310
Glen Allen, VA 23058

Goochland County Office of the
Treasurer
P.O. Box 188
Goochland, VA 23063

Gordon Construction Co., Inc.
2945 River Road West
Goochland, VA 23063-3230

GWG, LLC
P.O. Box 1081
Goochland, VA 23063

| | | |
|---|---|---|
| Harry Watkins<br>1750 Haskins Road Apt. 2<br>Goochland, VA 23063 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ishawntay Davis<br>Amanda Mealy<br>1750 Haskins Road Apt. 1<br>Goochland, VA 23063 |
| James R. LEWIS<br>Issac Mayo<br>3564 Athey Road<br>Sandy Hook, VA 23153 | John T. Hamner<br>1420 Rock Castle Road<br>Goochland, VA 23063 | Johnie R Muncy, Esquire<br>Samuel I. White, P.C.<br>1804 Staples Mill Road, Suite 200<br>Richmond, VA 23230 |
| Keith Hamner Waldrop<br>P.O. Box 268<br>Goochland, VA 23063 | Kristen Misleh, Esquire<br>Devon Cipperly, Esquire<br>P.O. Box 2548<br>Leesburg, VA 20177 | Kroger<br>P.O. Box 30650<br>Salt Lake City, UT 84130-0650 |
| Leigh S. Gordon<br>1820 Rock Castle Road<br>Goochland, VA 23063 | Louise Miles<br>2416 Chapel Hill Road<br>Goochland, VA 23063 | Martine L. Gordon<br>6932 Parrish Road<br>Louisa, VA 23093-2568 |
| Mercedes Benz Financial Services<br>13650 Heritage Parkway<br>Fort Worth, TX 76177-5323 | Mercedes-Benz Financial Services USA<br>c/o BK Servicing, LLC<br>P.O. Box 131265<br>Saint Paul, MN 55113-0011 | Michael Craig-Gordon<br>1820 Rock Castle Road<br>Goochland, VA 23063-3610 |
| Pamela B. Jones<br>4004 Shannon Hill Road<br>Columbia, VA 23038 | Robert A. Canfield, Esquire<br>Canfield, Baer & Heller LLP<br>P.O. Box 1324<br>Hopewell, VA 23860 | Robert H. Chappell, III, Esquire<br>Timothy G. Moore, Esquire<br>411 East Franklin Street, Suite 600<br>Richmond, VA 23219 |
| Robert Van Arsdale, Asst US Trustee<br>Office Of The U.S. Trustee<br>701 E Broad Street, St 4304<br>Richmond, VA 23219 | Rock Castle Partners<br>P.O. Box 268<br>Goochland, VA 23063-0268 | Samuel I. White, P.C.<br>1804 Staples Mill Road, Suite 200<br>Richmond, VA 23230 |
| Sandra W. Williams<br>214 Forest Drive<br>Falls Church, VA 22046 | Sara A. John, Esquire<br>M. Richard Epps, P.C.<br>605 Lynnhaven Parkway<br>Virginia Beach, VA 23452 | Three Square, LLC<br>3600 River Road West<br>Goochland, VA 23063 |
| Timothy B. Heavner, Esquire<br>Special Assistant United States Attorney<br>400 N 8th St, Suite 636, Mail Box 77<br>Richmond, VA 23219 | | |